Marc C. Forsythe - State Bar No. 153854
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Proposed Attorneys for 2401 Nottingham, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2401 NOTTINGHAM, LLC, a California limited liability company<br><br>Debtor and Debtor in Possession. | Case No. 8:16-bk-15243-CB<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF SCHEDULING AND CASE MANAGEMENT CONFERENCE REPORT**<br><br>Hearing Date: January 11, 2017<br>Time:            10:00 a.m.<br>Courtroom:    5D |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, AND THE UNITED STATES TRUSTEE:**

Debtor and Debtor-in-possession 2401 Nottingham, LLC, a California limited liability company ("Debtor") hereby files this Chapter 11 Status Conference Report.  Debtor filed its Chapter 11 proceeding on December 29, 2016.

    **a.**    **Description of Debtor's businesses and operations, if any, and the principal assets and  liabilities:**

Real estate development.

1

**b.    Brief Answers to the following questions:**

    **1.    What precipitated the bankruptcy filing?**

Pending foreclosure sale by lien holder – Genesis Capital Master Fund III, LLC ("Genesis").

    **2.    What does the debtor hope to accomplish in this chapter 11 case?**

Obtain post-petition financing to take out Genesis or enter into consensual modification with first lien holder re outstanding debt.  Debtor has already preliminarily discussed the same with counsel for Genesis.

    **3.    What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts?**

See #2 above.  Additionally, RS Lending, Inc. is a junior lienholder in the principal amount of $1,000,000.00, a Claim of Lien was recorded by Titan Contracting Services, Inc. for $316,710.76 on May 4, 2016 and has a pending lawsuit in relation to such Claim of Lien, and another Claim of Lien was recorded by Building For U, Inc. for $53,250.00 on May 9, 2016 . Debtor must resolve all of these lien claims.

    **4.    How does the debtor recommend that these disputes be resolved and why?**

See #2 above.

    **5.    Has the debtor complied with all of its duties under 11 U.S.C. §§521, 1006 and 1007 and all applicable guidelines of the Office of the United States Trustee, and if not, why not?**

As of the filing of this Report, no.  Debtor will be in substantial, if not full compliance by the January 11, 2017 status conference.

    **6.    State whether the estate has any potential avoidance actions as described in 11 U.S.C.  §§554-550. If so, describe them briefly and state whether complaints have been filed.  If complaints have not been filed, explain why not and when will they be filed.**

Debtor is not aware of any potential avoidance actions at this time.  Investigation is

2

1 continuing.

2 **7. Do any parties claim an interest in cash collateral of the debtor?**

3 There are no rents or proceeds being collected from the property. No one is residing at the
4 property.

5 **8. Is the debtor using cash that any party claims as its cash collateral and,**
6 **if so, on what date(s) did the debtor obtain an order authorizing the use**
7 **of cash or the consent of such party?**

8 See #7 above.

9 **9. Describe the status of Debtor's pre-petition and post-petition litigation.**

10 Other than the pending foreclosure by Genesis, see #3 above.

11 **c. The Identity of all professionals retained or to be retained by the estate, the**
12 **dates on which applications for employment of such professionals were filed or**
13 **submitted to the United States Trustee, the dates on orders were entered un**
14 **response to such applications, if any, and a general description of the type of**
15 **services to be rendered by each or the purpose of the employment:**

16 Goe & Forsythe, LLP, proposed counsel for Debtor, will file its Application to be
17 Employed as Counsel to Debtor prior to the January 11, 2017 status conference.

18 **d. In operating cases, evidence regarding projected income and expenses for the**
19 **first sixth months of the case**

20 Debtor will provide before January 11, 2017 hearing.

21 **e. Proposed deadlines for the filing of claims and objections to claims**

22 March 31, 2017

23 **f. A proposed deadline for filing any avoidance actions**

24 June 30, 2017, or as otherwise proposed in a plan of reorganization.

25 **g. A proposed deadline for the filing of a plan and disclosure statement – if a**
26 **disclosure statement cannot be filed within the first 120 days of this case,**
27 **explain the reasons for delay**

28 April 21, 2017.

/ / /

    **h.** **A discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts**

Debtor is not aware of any unexpired leases. Investigation is continuing. Debtor's counsel is investigating any executory contracts related to developing the property.

    **i.** **Whether the case is a small business case within the meaning of 11 U.S.C. §101(51D)**

No.

    **j.** **Whether the case is a single asset real estate case within the meaning of 11 U.S.C. §101(51B)**

No.

DATED: January 4, 2017

Respectfully submitted by,

**GOE & FORSYTHE, LLP**

By: /s/Marc C. Forsythe  
Marc C. Forsythe  
Proposed Attorneys for 2401 Nottingham, LLC, Debtor and Debtor in possession

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **SCHEDULING AND CASE MANAGEMENT CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 4, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 4, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 4, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 4, 2017 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**SERVED BY UNITED STATES MAIL**:

**In re 2401 Nottingham, LLC**
**USBC Case No. 8:16-bk-15243-CB**

**Debtor**
2401 Nottingham, LLC
3991 MacArthur Blvd., #125
Newport Beach, CA 92660

**United States Trustee**
United States Trustee
411 West Fourth Street #7160
Santa Ana, CA 92701-4500

**CREDITORS**

California TD Specialists
8190 East Kaiser Blvd.
Anaheim, CA 92808

Coast Fireplaces
16659 Gramercy Place
Gardena, CA 90247

Crest Real Estate, LLC
11150 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064

Genesis Capital Master
Fund III LLC
Attn: Lending Department
21650 Oxnard Street, # 1700
Woodland Hills, CA 91367

Jessica Manafort
703 Greenleaf
Topanga, CA 90290

Nicholas Marmet
2257 Betty Lane
Beverly Hills, CA 90210

Paul Manafort
721 Fifth Avenue #43G
New York, NY 10002

RH Construction Group/
Shoreline Con
17408 Minnehaha Street
Granada Hills, CA 91344

**REQUEST FOR SPECIAL NOTICE**
Richard M. Pachulski, Esq.
Jeffrey W. Dulberg, Esq.
PACHULSKI STANG et al.
10100 Santa Monica Blvd., 13th Floor
Los Angeles, Ca 90067