DONALD W. FITZGERALD, State Bar No. 095348
JENNIFER E. NIEMANN, State Bar No. 142151
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
e-mail: dfitzgerald@ffwplaw.com
e-mail: jniemann@ffwplaw.com

Attorneys for Creditor
RS Lending, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>2401 NOTTINGHAM, LLC, a California limited liability company<br><br>Debtor. | CASE NO.: 8:16-bk-15243-CB<br><br>Chapter 11<br><br>Hearing Date: February 22, 2017<br>Time: 10:00 a.m.<br>Courtroom: 5D |

**PARTIAL JOINDER OF RS LENDING, INC. TO MOTION OF GENESIS CAPITAL, LLC FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 OR, ALTERNATIVELY, MOTION FOR ORDER DISMISSING CHAPTER 11 CASE IF AND TO THE EXTENT NOT PREVIOUSLY DISMISSED, AND GRANTING RELATED RELIEF**

RS Lending, Inc., a creditor and party in interest herein, hereby partially joins in the Motion of Genesis Capital, LCC for Relief from Automatic Stay Under 11 U.S.C. § 362 or, Alternatively, Motion for Order Dismissing Chapter 11 Case if and to the Extent Not Previously Dismissed, and Granting Related Relief (the "Motion") (Docket No. 21) to the extent the Motion seeks dismissal of the Debtor's bankruptcy case.

Dated: February 8, 2017

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

By: */s/ Donald W. Fitzgerald*
DONALD W. FITZGERALD
Attorneys for RS Lending, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

400 Capitol Mall, Suite 1750
Sacramento, CA 95814

A true and correct copy of the foregoing document entitled (*specify*): PARTIAL JOINDER OF RS LENDING, INC. TO MOTION OF GENESIS CAPITAL, LLC FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 OR, ALTERNATIVELY, MOTION FOR ORDER DISMISSING CH. 11 CASE IF AND TO THE EXTENT NOT PREVIOUSLY DISMISSED, AND GRANTING RELATED RELIEF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/08/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey W. Dulberg on behalf of Genesis Capital, LLC - jdulberg@pszjlaw.com
Marc C. Forsythe on behalf of Debtor - kmurphy@goeforlaw.com, mforsythe@goeforlaw.com, goeforecf@gmail.com
Michael J. Hauser on behalf of U.S. Trustee (SA) - Michael.hauser@usdoj.gov
United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 02/08/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Catherine E. Bauer
U.S. Bankruptcy Court - Santa Ana Division
411 W. Fourth Street, Suite 5165
Santa Ana, CA 92701

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/08/2017 | ANASTASTIA M. HOANG | Anastasia M. Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |