Marc C. Forsythe – SBN 153854
Donald W. Reid –SBN 281743
Charity J. Miller – SBN 286481
Goe & Forsythe, LLP
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com
949-798-2460/Fax: 949-955-9437

Proposed Attorneys for 779 Stradella, LLC
Debtor and Debtor in Possession

**FILED & ENTERED**

**FEB 13 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISON

| | |
|---|---|
| In re:<br><br>2401 NOTTINGHAM, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Case No. 8:16-bk-15243-CB<br><br>Chapter 11<br><br>**ORDER DISMISSING CHAPTER 11 BANKRUPTCY**<br><br>Hearing Date:   January 11, 2017<br>Time:                    10:00 a.m.<br>Courtroom:         5D<br>Address:             411 W 4th St., Santa Ana, CA |

A Scheduling and Case Management Conference was held on January 11, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, California.  Appearances were made as noted on the record.

At this hearing, the Debtor made an oral motion to dismiss this bankruptcy case.

//

//

//

1

1  The Court having heard the oral motion and the statements of counsel, noted the lack of opposition and with good cause shown,

IT IS ORDERED:

1. The oral motion is granted and this case is dismissed.

###

Date: February 13, 2017

Catherine Bauer
United States Bankruptcy Judge